**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| KYLE LAROCQUE AND SAMANTHA LAROCQUE | : | CIVIL ACTION NO.: 2:22-cv-02902 |
| | : | JUDGE JAMES D. CAIN, JR. |
| VS. | | |
| | : | MAGISTRATE JUDGE KATHLEEN KAY |
| STATE FARM FIRE AND CASUALTY COMPANY | | |

## ORDER OF DISMISSAL

Considering the foregoing Rule 41(a) Request for Court Ordered Dismissal,

IT IS ORDERED that the claims filed on behalf of **KYLE LAROCQUE AND SAMANTHA LAROCQUE** are hereby dismissed, with prejudice, with each party to bear its own costs and expenses.

THUS DONE AND SIGNED in Chambers this 28th day of July, 2023.

U.S. DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION